**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.  0:23-cv-61392-RS**

**FRANZ GERHARD ELWERT,**

        Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS INC,**
**EQUIFAX INFORMATION SERVICES LLC,**
**TRANS UNION LLC, CAPITAL ONE FINANCIAL CORPORATION**
**D/B/A CAPITAL ONE, AFFIRM, INC. D/B/A AFFIRM,**
**BARCLAYS BANK DELAWARE,**
**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
**D/B/A STATE FARM BANK, AND**
**SYNCHRONY FINANCIAL D/B/A SYNCB/JC PENNEYS,**

        Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**
**WITH DEFENDANT CAPITAL ONE FINANCIAL**
**CORPORATION D/B/A CAPITAL ONE**

        Plaintiff Franz Gerhard Elwert and Defendant Capital One Financial Corporation, d/b/a

Capital One, submit this Joint Notice of Settlement and state that Parties have reached a settlement

with regard to this case and are presently drafting, finalizing, and executing the formal settlement

documents. Upon full execution of the same, the parties will file the appropriate dismissal

documents with the Court.


        [*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

DATED: October 3, 2023

   /s/ Thomas J. Patti
**THOMAS PATTI, ESQ.**
Florida Bar No. 118377
E-mail: tom@pzlg.legal
**VICTOR ZABALETA, ESQ.**
Florida Bar No. 118517
E-mail: victor@pzlg.legal
PATTI ZABALETA LAW GROUP
110 SE 6th Street Suite 1732
Fort Lauderdale, Florida 33301
Phone: 561-542-8550

COUNSEL FOR PLAINTIFF

   /s/ Andrew Kemp-Gerstel
**ANDREW KEMP-GERSTEL, ESQ.**
Florida Bar No. 44332
E-mail: akg@lgplaw.com
**MICHAEL D. STARKS, ESQ.**
Florida Bar No. 86584
E-mail: mds2@lgplaw.com
LIEBLER GONZALEZ & PORTUONDO
Courthouse Tower 25th Floor
44 W. Flagler Street
Miami, FL 33130-1808
Phone: 305-379-0400

COUNSEL FOR DEFENDANT